JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN GARIBAY, | CV 19-04746 PA (PLAx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| SALIM ROBEN JAVAHERI, et al., | |
| Defendants. | |

Pursuant to the Court's July 8, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 8, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE